**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shackarah S. Vera                         CHAPTER 13

                    Debtor(s)                    BKY. NO. 20-10823 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of SONYMA and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Rebecca A. Solarz Esquire**
                        Rebecca A Solarz, Esquire
                        Kevin G. McDonald, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322