United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shackarah S. Vera  
     Debtor

Case No. 20-10823-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP    Page 1 of 1    Date Rcvd: Apr 06, 2020  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2020.  
db           +Shackarah S. Vera,     10 Shipley Place,     Philadelphia, PA 19152-1615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:
       JEROME B. BLANK    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com  
       JOHN L. MCCLAIN    on behalf of Debtor Shackarah S. Vera aaamcclain@aol.com,    edpabankcourt@aol.com  
       MARIO J. HANYON    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    SONYMA bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
       philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation  
    ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SHACKARAH S. VERA ) **Debtor(s)** ) ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) **Moving Party** ) ) | CASE NO. 20-10823 (ELF) |
| v. ) ) | HEARING DATE: **3-31-20 at 9:30 AM** |
| SHACKARAH S. VERA ) **Respondent(s)** ) ) | 11 U.S.C. 362 |
| WILLIAM C. MILLER ) **Trustee** ) ) ) ) _____ ) | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2007 Jeep Compass** bearing vehicle identification number 1J8FF47W97D256904 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated:   4/3/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**