# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

    SHACKARAH S. VERA                       Bankruptcy No. 20-10823-ELF

    10 SHIPLEY PLACE

    PHILADELPHIA, PA 19152-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SHACKARAH S. VERA

    10 SHIPLEY PLACE

    PHILADELPHIA, PA 19152-

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/23/2020                                                                                                                       /s/ William C. Miller

                                                                                                _____
                                                                                                William C. Miller, Esquire
                                                                                                 Chapter 13 Standing Trustee