TZD 962100 110000 0000000

# Earnings Statement

**ADP**

*KIPP DUBOIS CHARTER SCHOOL*
*5070 PARKSIDE AVE SUITE 3500 D*
*PHILADELPHIA PA 19131*

| | |
|---|---|
| Period Beginning: | 09/01/2020 |
| Period Ending: | 09/15/2020 |
| Pay Date: | 09/15/2020 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table,$50 Extra
      Withholding

**SHACKARAH VERA
10 SHIPLEY PLACE
PHILADELPHIA PA 19152**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3200.00 | 3,200.00 | 12,800.00 |
| **Gross Pay** | | | **$3,200.00** | 12,800.00 |

Your federal taxable wages this period are
$2,782.65

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -278.93 | 1,152.18 |
| | Social Security Tax | -182.44 | 747.29 |
| | Medicare Tax | -42.67 | 174.77 |
| | PA State Income Tax | -94.94 | 383.84 |
| | Philadelphia Income Tax | -123.88 | 495.52 |
| | PA SUI/SDI Tax | -1.92 | 7.68 |
| | **Other** | | |
| | Ad&D Child | -0.13 | 0.39 |
| | Ad&D Employee | -0.70 | 2.10 |
| | Fsa Dep Care | -150.00* | 450.00 |
| | Fsa Health | -50.00* | 150.00 |
| | Ppo Pay Up | -57.35* | 146.86 |
| | Vol Life Child | -1.95 | 5.85 |
| | Vol Life Ed | -8.40 | 25.20 |
| | 403B Mandatory | -160.00* | 640.00 |
| | **Net Pay** | | **$2,046.69** |
| | Checking 1 | -2,046.69 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 3,200.00 | 12,800.00 |
| 403B Er Match | 160.00 | 640.00 |

**Important Notes**
COMPANY PH #: 215-809-0414

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:     Single
Exemptions/Allowances:
  PA:     N/A

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

KIPP DUBOIS CHARTER SCHOOL
5070 PARKSIDE AVE SUITE 3500 D
PHILADELPHIA PA 19131

| Advice number: | 00000370027 |
|---|---|
| Pay date: | 09/15/2020 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHACKARAH VERA | xxxxxx0695 | xxxx xxxx | $2,046.69 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**