United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shackarah S. Vera  
    Debtor(s)

Case No. 20-10823-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 14, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      +   Shackarah S. Vera, 10 Shipley Place, Philadelphia, PA 19152-1615

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

**Name**      **Email Address**

JEROME B. BLANK  
     on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

JOHN L. MCCLAIN  
     on behalf of Debtor Shackarah S. Vera aaamcclain@aol.com edpabankcourt@aol.com

MARIO J. HANYON  
     on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ  
     on behalf of Creditor SONYMA bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ  
     on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG  
     on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| Vera, Shackarah S. | |
| **Debtor** | **: 20-10823** |

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,256.25 and $0.00 in expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,250.00 which was paid by the Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** 12/14/20

_____
**Eric L. Frank
U.S. BANKRUPTCY JUDGE**