**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 20-10823-ELF

SHACKARAH S. VERA

10 SHIPLEY PLACE

PHILADELPHIA, PA 19152-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHACKARAH S. VERA

10 SHIPLEY PLACE

PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

JOHN L. MCCLAIN, ESQ.
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

                                            /S/ Kenneth E. West

Date: 2/9/2023                                _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee