**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Vera, Shackarah S.**

     **Debtor**

                                          :         20-10823

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2023 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Proposed Revised Modified Chapter 13 Plan (Secomd Amended) either by way of ECF or by first class regular U.S. mail.

Dated: February 20, 2023

                                        "/s/"Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072