UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shackarah S. Vera<br>　　　　　　Debtor<br>Maureen A. Rose<br>　　　　　　Co-Debtor<br><br>Fay Servicing, LLC as servicer for U.S.<br>Bank National Association, not in its<br>individual capacity, but solely as<br>Trustee for RMTP Trust, Series 2021<br>Cottage-TT-V<br>v.<br><br>Shackarah Vera<br>Maureen A. Rose<br>Kenneth E. West<br>　　　　　　Respondents | CASE NO.: 20-10823<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date: July 23, 2024 @ 1:00 PM<br><br>Objection Deadline: July 2, 2024 |

## <u>NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY</u>

**PLEASE TAKE NOTICE,** that Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion for Relief from the Automatic Stay   pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 10 Shipley Pl, Philadelphia, PA 19152.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before __July 2, 2024__ you or your attorney must do all of the following:

(a)    file an answer explaining your position at
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400

Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)     mail a copy to the Movant's attorney:

Lauren Moyer
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer at Courtroom #1, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, 900 Market Street, Suite 400, PA 19107 on   July 23, 2024    at    1:00 PM  , unless otherwise ordered by the Court.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   June 18   , 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for
U.S. Bank National Association, not in its
individual capacity, but solely as Trustee for RMTP
Trust, Series 2021 Cottage-TT-V
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

Shackarah S. Vera
10 Shipley Pl
Philadelphia, PA 19152
Bankruptcy Debtor

Maureen A. Rose
10 Shipley Pl
Philadelphia, PA 19152
Bankruptcy Co-Debtor

John L. Mcclain, Esq.
1851 County Route 27
Owls Head, NY 12969
Attorney

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building,
Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee