UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Shackarah S. Vera<br>                   Debtor<br>             Maureen A. Rose<br>                   Co-Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Shackarah Vera<br>Maureen A. Rose<br>Kenneth E. West<br>             Respondents | CASE NO.: 20-10823<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date: July 23, 2024 @ 1:00 PM<br><br>Objection Deadline: July 2, 2024 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V, together with any successor and/or assign, ("Movant") dated __June 18, 2024__ and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1); modifying ~~vacating~~ the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 10 Shipley Pl, Philadelphia, PA 19152; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Maureen A. Rose pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: July 23, 2024**             Hon. Patricia M. Mayer
                                                            U.S.B.J