United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10823-pmm

Shackarah S. Vera                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shackarah S. Vera, 10 Shipley Place, Philadelphia, PA 19152-1615 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

**Name**            **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor SONYMA bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
     on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com

JOHN L. MCCLAIN
     on behalf of Debtor Shackarah S. Vera aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
     on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V, bkecf@friedmanvartolo.com

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: Jul 23, 2024                      Form ID: pdf900                                Total Noticed: 1

LAUREN MOYER
                    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its
                    individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

MARIO J. HANYON
                    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

THOMAS SONG
                    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shackarah S. Vera<br>            Debtor<br>Maureen A. Rose<br>            Co-Debtor<br><br>Fay Servicing, LLC as servicer for U.S.<br>Bank National Association, not in its<br>individual capacity, but solely as<br>Trustee for RMTP Trust, Series 2021<br>Cottage-TT-V<br>v.<br><br>Shackarah Vera<br>Maureen A. Rose<br>Kenneth E. West<br>            Respondents | CASE NO.: 20-10823<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date: July 23, 2024 @ 1:00 PM<br><br>Objection Deadline: July 2, 2024 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as servicer for U.S. Bank

National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series

2021 Cottage-TT-V, together with any successor and/or assign, ("Movant") dated

_____June 18, 2024_____ and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1);
modifying
~~vacating~~ the automatic stay to permit Movant, its successors and/or assigns, to enforce its

mortgage on the Debtor's premises located at 10 Shipley Pl, Philadelphia, PA 19152; and it is

further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Maureen A. Rose pursuant

to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors

and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with

regard to the Premises; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*

_____

**Date: July 23, 2024**

Hon. Patricia M. Mayer

U.S.B.J