United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 20-10823-pmm
Shackarah S. Vera   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shackarah S. Vera, 10 Shipley Place, Philadelphia, PA 19152-1615 |
| 14479716 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14465412 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14473543 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14474003 | | Freedom Mortgage Corporation, c/o Mario J. Hanyon,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558140 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14465418 | + | Maureen Rose, 370 Florida Parkway, Kissimmee, FL 34743-6328 |
| 14465420 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14474002 | + | SONYMA, c/o Rebecca A Solarz, Esquire, Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14495463 | + | SONYMA, M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 12 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 12 2024 00:12:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| cr | ^ | MEBN | Sep 12 2024 00:07:56 | Fay Servicing, LLC as servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Sep 12 2024 00:07:59 | Rushmore Loan Management Services, LLC as servicer, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14465405 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2024 00:12:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14480467 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 12 2024 00:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14465406 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 12 2024 00:12:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14465409 | | Email/Text: megan.harper@phila.gov | | |

Case 20-10823-pmm    Doc 122    Filed 09/13/24    Entered 09/14/24 00:35:59    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14523421 | | Email/Text: megan.harper@phila.gov | Sep 12 2024 00:12:00 | City of Philadelphia, Water Revenue, 1401 JFK Boulevard; 5th fl, Philadelphia, PA 19102 |
| | | | Sep 12 2024 00:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14478966 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 12 2024 00:12:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14493668 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2024 00:19:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14465407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 00:18:53 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14495421 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2024 00:19:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14465408 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2024 00:18:21 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14465410 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2024 00:12:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14465839 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 12 2024 00:12:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14465411 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 12 2024 00:12:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14487854 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2024 00:12:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558031 | | ^ MEBN | Sep 12 2024 00:07:54 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14899304 | | ^ MEBN | Sep 12 2024 00:08:00 | Fay Servicing, LLC, c/o Friedman Vartolo, LLP, 2021 Cottage-TT-V, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 14465413 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2024 00:12:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14465415 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2024 00:17:52 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14485747 | + | Email/Text: RASEBN@raslg.com | Sep 12 2024 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14465416 | | ^ MEBN | Sep 12 2024 00:07:54 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14465417 | + | Email/Text: camanagement@mtb.com | Sep 12 2024 00:12:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14486851 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2024 00:12:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14465419 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2024 00:12:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 14484078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 00:19:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14465421 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 00:20:03 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14755046 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2024 00:12:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14709980 | | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 12 2024 00:07:59 | Rushmore Loan Management Services, LLC, c/o Lauren M Moyer, Esq., Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14473182 | ^ | MEBN | Sep 12 2024 00:07:55 | SONYMA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14493923 | + | Email/Text: bncmail@w-legal.com | Sep 12 2024 00:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14465422 | + | Email/Text: bncmail@w-legal.com | Sep 12 2024 00:12:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14794829 | ^ | MEBN | Sep 12 2024 00:07:45 | U.S. Bank National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14709494 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2024 00:12:00 | US Bank National Association, not in its indiv., capacity but solely as trustee for RMTP, Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14465423 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Sep 12 2024 00:12:00 | Western Funding Inc, P.o. Box 94858, Las Vegas, NV 89193-4858 |
| 14494943 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 12 2024 00:12:00 | Western Funding-C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |
| 14465414 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor SONYMA bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 49

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com

JOHN L. MCCLAIN
    on behalf of Debtor Shackarah S. Vera aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V, bkecf@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SHACKARAH S. VERA<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-10823-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 10, 2024**

_Patricia M. Mayer_
Honorable Patricia M. Mayer
Bankruptcy Judge